February 13, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

JOSEPH PEINE, Appellant

NO. 14-12-00991-CV                           V.

HIT SERVICES, L.P.,WOOD GROUP USA, INC., JOHN WOOD GROUP PLC, WOOD GROUP POWER GP, LLC, AND WOOD GROUP MANAGEMENT SERVICES, INC., Appellees

_____

This cause, an appeal from the judgment in favor of appellees, HIT SERVICES, L.P., WOOD GROUP USA, INC., JOHN WOOD GROUP PLC, WOOD GROUP POWER GP, LLC, and WOOD GROUP MANAGEMENT SERVICES, INC., signed, July 30, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid jointly and severally by appellees, HIT SERVICES, L.P., WOOD GROUP USA, INC., JOHN WOOD GROUP PLC, WOOD GROUP POWER GP, LLC, and WOOD GROUP MANAGEMENT SERVICES, INC.

We further order this decision certified below for observance.